JUDGE GARDEPHE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Patrick Dennis Smith*

Write the full name of each plaintiff.

# 18 CV 8545

_____CV_____

(Include case number if one has been
assigned)

-against-

*New York City Department of
Education as the
City of New York*

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

Do you want a jury trial?

[X] Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Patricia                     Denis                    Smith
First Name                   Middle Initial           Last Name

105-00 Shore Front Parkway                            Apartment #8A
Street Address

Rockaway Park               New York                  11694
County, City                State                     Zip Code

(718) 734-8473              knickerbocker23002@yahoo.com
Telephone Number            Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    New York City Department of Education
                Name
                65 Court Street
                Address where defendant may be served
                Brooklyn, New York                    11201
                County, City        State             Zip Code

Defendant 2:    New York City Department of Finance
                Name
                66 John Street, Room # 104
                Address where defendant may be served
                New York, New York                    10038
                County, City        State             Zip Code

Defendant 3:

Name _____

Address where defendant may be served _____

County, City _____  State _____  Zip Code _____

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Name _9___ Trenton Ave___ High Sch for Teaching and Hospitality_

Address _9__ Trenton Avenue_____

County, City _Bronx_____  State _New York_____  Zip Code _10456_

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐  **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

   The defendant discriminated against me because of my (check only those that apply and explain):

   ☐  race: _____

   ☐  color: _____

   ☐  religion: _____

   ☐  sex: _____

   ☐  national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: *1970*

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: *Hypertension    Hearing loss*

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐   did not hire me

- ☐   terminated my employment

- ☐   did not promote me

- ☒   did not accommodate my disability

- ☐   provided me with terms and conditions of employment different from those of similar employees

- ☐   retaliated against me

- ☐   harassed me or created a hostile work environment

- ☐   other (specify):  _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I attempted to obtain a medical transfer to a High School in my home Borough of Queens. I tendered to NYCDOE medical a letter from my Doctor on US Government letterhead (US Department of Veterans Affairs), requesting transfer. DOE medical denied my request without consulting a physician or contacting me or my physician. DOE stated request not warranted and signed by a Doctor I never met.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

- see attached
① letter from primary care Doctor US Dept. of Veterans Affairs
② Denial letter from NYCDOE medical

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?    _November 9, 2017_

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    _June 21, 2018_

When did you receive the Notice?    _June 24, 2018_

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☒ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

_Emotional distress_

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12 September 2018

Plaintiff's Signature: *Patrick Dennis Smith*

First Name: Patrick    Middle Initial: D.    Last Name: Smith

Street Address: 105-00 Shore Front Parkway    Apt # 8A

County, City: Rockaway Park,    State: New York    Zip Code: 11694

Telephone Number: (718) 734-8472

Email Address (if available): knickerbocker232002@yahoo.com

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Case Law:

Nixon - Tinkelman v. N.Y.C. Department of Health And Mental Hygiene And City of N.Y.

United States Court of Appeals, Second Circuit Decided August 10, 2011

*[left margin handwritten note: Please See Rules]*

*[bottom handwritten: Page 7]*

EEOC Form 161 (11/16)                    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Patrick Smith**                           From:  **New York District Office**
    **105-00 Shore Front Pkwy, Apt 8A**                      **33 Whitehall Street**
    **Far Rockaway, NY 11694**                            **5th Floor**
                                                 **New York, NY 10004**

☐   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2018-00996 | **Holly M. Shabazz,** **State & Local Program Manager** | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

                                  **Kevin J. Berry,**                           June 21, 2018
                                   **District Director**                           *(Date Mailed)*

cc:

**Attn: Director of Human Resources**          **Bryan D. Glass**
**CITY OF NEW YORK, DEPARTMENT OF EDU**         **Glass Krakower LLP**
**Office of Legal Services**                   **100 Church Street, Suite 800**
**52 Chambers St., Room 308**                  **New York, NY 10007**
**New York, NY 10007**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>PATRICK SMITH,<br>                              Complainant,<br>             v.<br><br>CITY OF NEW YORK, DEPARTMENT OF EDUCATION,<br>                              Respondent. | **VERIFIED COMPLAINT**<br>Pursuant to Executive Law, Article 15<br><br>Case No.<br>**10191720** |

Federal Charge No. 16GB800996

I, Patrick Smith, residing at 105-00 Shore Front Pkwy, Apt 8A, Far Rockaway, NY, 11694, charge the above named respondent, whose address is Office of Legal Services, 52 Chambers St., Rm. 308
Attn: Robin Singer, Deputy Gen. Counsel,, New York, NY, 10007 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of age, disability, military status.

Date most recent or continuing discrimination took place is 10/23/2017.

.    The allegations are:

### Please see attached complaint form.

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of age, disability, military status, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating the Americans with Disabilities Act (ADA) (covers disability relating to employment). I also charge the above-named respondent with violating the Age Discrimination in Employment Act (ADEA) as amended (covers ages 40 years of age or older in employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

# New York State Division of Human Rights
## Complaint Form

**CONTACT INFORMATION**

RECEIVED

My contact information:

NOV 2 7 2017

Name: Patrick                     Smith

Address: 105-00 Shore Front Pkwy      Apt or Floor #: 8    BROOKLYN REGIONAL OFFICE

City: Rockaway Park      State: NY    Zip: 11694

**REGULATED AREAS**

I believe I was discriminated against in the area of:

☒ Employment                    ☐ Education                      ☐ Volunteer firefighting

☐ Apprentice Training            ☐ Boycotting/Blacklisting        ☐ Credit

☐ Public Accommodations          ☐ Housing                        ☐ Labor Union, Employment
*(Restaurants, stores, hotels, movie*                                        Agencies
*theaters amusement parks, etc.)*  ☐ Commercial Space
                                                                  ☐ Internship

**I am filing a complaint against:**

Company or Other Name: New York City Department of Education

Address: 65 Court Street

City: Brooklyn      State: NY    Zip: 11201

Telephone Number: _____ _____ _____
                  (area code)

Individual people who discriminated against me:

Name: _____        Name: _____

Title: _____        Title: _____

**DATE OF DISCRIMINATION**

The most recent act of discrimination happened on:    10      23      2017
                                                      month    day    year

3

## BASIS OF DISCRIMINATION

*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note:** Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Domestic Violence Victim Status is a basis only in Employment complaints). These exceptions are listed next to the types of discrimination below.

### I believe I was discriminated against because of my:

| | |
|---|---|
| ☒ **Age** *(Does not apply to Public Accommodations)*<br>Date of Birth:<br>*December 25, 1970* | ☐ **Genetic Predisposition** *(Employment only)*<br>Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)*<br>Please specify: | ☐ **Marital Status**<br>Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)*<br>Please specify: | ☒ **Military Status:** Disabled Combat<br>Please specify:  Veteran<br>13 years  Marine Corps |
| ☐ **Creed / Religion**<br>Please specify: | ☐ **National Origin**<br>Please specify: |
| ☒ **Disability** 60% Service<br>Please specify: Connected<br>Recently Diagnosed with Hypertension | ☐ **Race/Color or Ethnicity**<br>Please specify: |
| ☐ **Pregnancy-Related Condition:**<br>Please specify: | ☐ **Sex**<br>Please specify: ☐ Female  ☐ Male<br>  ☐ Pregnancy<br>  ☐ Sexual Harassment |
| ☐ **Domestic Violence Victim Status:**<br>*(Employment only)*<br>Please specify: | ☐ **Sexual Orientation**<br>Please specify: |
| ☐ **Familial Status** *(Does not apply to Public Accommodations or Education)*<br>Please specify: | ☐ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*<br>Please specify: |

 Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.

# EMPLOYMENT OR INTERNSHIP DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment or internship. If not, turn to the next page.*

**How many employees does this company have?**

☐ 1-3    ☐ 4-14    ☐ 15 or more    ☒ 20 or more    ☐ Don't know

**Are you currently working for the company?**

☒ Yes

Date of hire: ( *Dec* ___ *Month* / ___ *day* *2003* ) *year*    What is your job title? *Teacher*

☐ No

Last day of work: ( ___ *Month* ___ *day* ___ *year* )    What was your job title? _____

☐ I was not hired by the company

Date of application: ( ___ *Month* ___ *day* ___ *year* )

## ACTS OF DISCRIMINATION

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☐ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☐ Harassed or intimidated me (other than sexual harassment)

☐ Denied me training

☒ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☐ Gave me different or worse job duties than other workers in my same title

☒ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☐ Gave me a disciplinary notice or negative performance evaluation

☒ Other: *I have not been able to obtain a transfer to a school nearer my home as per my Doctor's urging*

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> (Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)

Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. **PLEASE TYPE OR PRINT CLEARLY.**

Since May I have Been attempting to obtain a transfer to A high School nearer my home. I reside In Rockaway Beach, Queens And work In the Bronx. From May until August I Attempted to Transfer using the Open market hire system which allows teachers to Attain a transfer. I Applied to over forty middle And High school positions And was not offered a Job. I attribute this to my Age (46) Salary (13 years, masters + 30 credits And Veteran Status. which was on every Resume I sent out.

I was afforded the opportunity to Do A Demonstration Lesson At Francis Lewis High School In Fresh Meadows, Queens In July. The Assistant Principal of Science ( my field is history) Invited me In for An Interview. After Arranging A Date And time to meet, the Assistant Principal who Invited me Never Showed for the meeting. Another

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

8

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

Assistant Principal (AP of GuiDANCE) Interviewed me AND Afforded me time to PRePARE Lesson material for thirty students. During the Lesson I was not observed by A school ADministrator. Rather the "COORDINATOR" of Special EDucation observed me. that title means that the person who Conducted the Interview was A member of my Union. the United Federation of Teachers AND therefore, not AN ADministrator, thus She should not have Observed me In my Lesson. Following the observation, I Never heard from Francis Lewis H.S. Again.

Further, In April, 2012 I Attempted to Attain A promotion at Long Island City H.S. to the position of Assistant Principal of Security. I was the only candidate

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.*

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> (Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)

Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. **PLEASE TYPE OR PRINT CLEARLY.**

to Accept the Invitation to walk through the School. In a pre-Interview visit. I performed well at the Initial Interview (Level 1) AND was Invited to A Second Round (Level 2) Interview.

The only person who Interviewed me for the Level 2 Interview was the Principal of the School who was Removed from her position two months later.

I feel that DUE to my Age, high salary AND Veterans status, As well As my medical Condition of hypertension, which the Department of Education was made Aware of, by my Doctor on Department of Veterans Affairs Letterhead I submitted to the DOE's medical office Last month, that I have been made a Victim of Discrimination by the

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

8

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> (Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)

Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. **PLEASE TYPE OR PRINT CLEARLY.**

New York City Department of Education. Over forty schools who ADvertices A need for social studies teachers, Some schools Asking for multiple positions to be filled Never Contacted me for AN Interview.

Further the NYCDOE has yet to Contact me or Senator Joseph ADDAbbo (D-NY) my State Senator, who is attempting to Assist me at obtaining A health transfer, Concerning my Request of A transfer based on Medical grounds.

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

8

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Subscribed and sworn before me
This _day of _, 20 _

Signature of Notary Public

County:                          Commission expires:
**MICHAEL E. LIPTROT**
State of New York
No. 02LI6305271
Qualified in Westchester County
Commission Expires June 9, 20_

*Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.*

9

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Patrick Smith**
**105-00 Shore Front Pkwy, Apt 8A**
**Far Rockaway, NY 11694**

From:  **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

|  | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2018-00996** | **Holly M. Shabazz,**<br>**State & Local Program Manager** | **(212) 336-3643** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| **X** | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Kevin J. Berry,**
**District Director**

June 21, 2018

*(Date Mailed)*

cc:

**Attn: Director of Human Resources**
**CITY OF NEW YORK, DEPARTMENT OF EDU**
**Office of Legal Services**
**52 Chambers St., Room 308**
**New York, NY 10007**

**Bryan D. Glass**
**Glass Krakower LLP**
**100 Church Street, Suite 800**
**New York, NY 10007**



**Division of
Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

PATRICK SMITH,

                             Complainant,

            v.

CITY OF NEW YORK, DEPARTMENT OF
EDUCATION,

                             Respondent.

---

DETERMINATION AND
ORDER AFTER
INVESTIGATION

Case No.
10191720

Federal Charge No. 16GB800996

On 11/9/2017, Patrick Smith filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named Respondent with an unlawful discriminatory practice relating to employment because of age, disability, and military status in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

After investigation, and following an opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the Respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

The evidence gathered during the course of the investigation of the instant complaint is not sufficient to support the Complainant's allegations of unlawful discrimination in relation to employment on the bases of age, disability, or military status.

The Complainant (military veteran, age 46, and has hypertension), was hired by the Respondent on December 1, 2003 and is currently employed by the Respondent as a Teacher. He asserts that he has not been able to obtain a transfer to a school nearer to his home, as per his doctor's urging. The Complainant resides in Rockaway Beach, Queens and he works in the Bronx. From May until August, the Complainant attempted to transfer using the Open Market Hire system, which allows teachers to obtain a transfer. He applied to over 40 middle and high school positions and was not offered a job. The Complainant attributes this to his age (46), salary ("13 years, masters + 30 credits"), and veteran status, which was on every resume he sent out.

The Complainant was afforded the opportunity to do a demonstration lesson at Francis Lewis High School in Fresh Meadows, Queens in July. The Assistant Principal of Science (the Complainant's field is History) invited him in for an interview. After arranging a date and time to meet, the Assistant Principal never showed for the meeting.

In April, 2012, the Complainant attempted to obtain a promotion to the position of Assistant Principal of Security at Long Island City High School. He went for a pre-interview visit, performed well at the initial interview, and was invited for a second-round interview. The only person who interviewed him for the second round was the Principal of the school, who was removed from her position two months later.

The Complainant alleges that due to his age, high salary, veteran status and medical condition (which the Respondent was made aware of) he has been made the victim of discrimination. He asserts that the Respondent has yet to contact him regarding his request for a transfer based on medical grounds.

The Respondent denies the Complainant's allegations of discrimination and argues that the Complainant did not suffer an adverse employment action. The Respondent further argues that the Complainant did not produce any evidence of an inference of discrimination on any basis.

The Division finds that, as an initial matter, all allegations of unlawful discrimination that occurred prior to November 9, 2016 are time barred.

The Division's investigation did not reveal sufficient evidence of an adverse action taken against the Complainant. A denial of a transfer request is not an adverse employment action within the meaning of the Human Rights Law. The Complainant remains employed by the Respondent, and the investigation did not reveal evidence of any of the terms and conditions of the Complainant's employment being changed or affected by the Respondent's actions.

The Division's investigation revealed that the Complainant's request for an accommodation was solely related to the Complainant's commute. Although the Complainant's request appears to be arbitrarily denied by the Respondent, without the Respondent conducting its own physical exam or consulting with the Complainant, "commute" is not the subject of a reasonable accommodation within the meaning of the Human Rights Law. An employer does not have control over where an employee lives. The investigation revealed that the Complainant did not allege that he requested any other accommodation relating to any disability, nor did he allege that he notified the Respondent that his disability was affecting the performance of his job duties. In light of the foregoing, a determination of no probable cause is warranted.

The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and

- 2 -

Petition <u>within sixty (60) days after service of this Determination</u>. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under the Americans with Disabilities Act (ADA). Your charge was also filed under the Age Discrimination in Employment Act (ADEA). Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated:    05|09|18
          Brooklyn, New York

STATE DIVISION OF HUMAN RIGHTS

By:    _William LaMot_

William LaMot
Regional Director

- 3 -

# Department of
# Veterans Affairs

245 W HOUSTON ST
NEW YORK NY 10014

December 14, 2017

Veteran's Name:
Smith, Patrick, Dennis

\#    000039108              I=0000

39108 1 AV 0.370

PATRICK DENNIS SMITH
105-00 SHORE FRONT
PKWY APT 8A
ROCKAWAY PARK NY   11694

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

## --America is Grateful to You for Your Service--

Our records contain the following information:

## Personal Claim Information:
Your VA claim number is:  097 64 0582
You are the Veteran

## Military Information:
Your character(s) of discharge and service date(s) include:

Marine Corps, Honorable, 20-Jan-1988 - 19-Jan-1992
Marine Corps, Honorable, 02-Jun-1996 - 27-Sep-1996
Marine Corps, Honorable, 14-Jan-2002 - 13-Dec-2002

(You may have additional periods of service not listed above)

## VA Benefits Information:
Service-connected disability:  Yes
Your combined service-connected evaluation is:  60 PERCENT
The effective date of the last change to your current award was:  01-DEC-2016
Your current monthly award amount is:  $1,062.27

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://iris.va.gov.

Sincerely yours,

Regional Office Director



US
Government letterhead

**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center (632)
79 Middleville Road
Northport NY 11768-2221

MEDICAL RECORD

Progress Notes

NOTE DATED: 09/16/2017 12:24
LOCAL TITLE: RELEASE OF INFORMATION STATEMENT       In Reply Refer To:
STANDARD TITLE: ADMINISTRATIVE NOTE
VISIT: 09/16/2017 14:00 NPT-PACT 3 EH
Following statement has been requested by Release of Information
for SMITH,PATRICK D   (SSN ████████ ):
Mr Smith Patrick is being followed with VA medical center at Northport
- He has diagnosed to have Hypertension and hearing problem for which he is using
hearing aids intermittenly. Currently he is working in Bronx in NY City school and
he is residing in Rockway Beach Queens area his daily commute time is averaging 2
hrs each way on view of this travel in subway with lot of sound his hearing is
deteriorating and with increase stress he started to get high blood pressure.
Kindly help him to get a transfer of school near to his house.


                    Signed by: /es/ CHERIAN ALEXANDER
                               Attending Physician
                               09/16/2017 12:31

*Letter from Doctor — Transfer*

*Submitted by Plaintiff*

*Primary Care — Requesting hardship — By to DOE medical on 9/25/17*

**VAMC/ROI
79 MIDDLEVILLE RD
NORTHPORT, NY 11768**

SMITH,PATRICK D                    VAMC NORTHPORT           Printed:09/20/2017 12:57
          DOB:                     Pt Loc: OUTPATIENT                 Vice SF 509

↩ Reply all | ∨    🗑 Delete   Junk | ∨   •••

# HARDSHIP TRANSFER [Incident: 171012-002244]

N   **NYCDOE <NYCDOE@schools.nyc.gov>**     👍   ↩ Reply all | ∨

Wed 11/15/2017, 2:00 PM

Smith Patrick (26Q435); knickerbocker232002@yahoo.com; **Medical, Leaves & Rec** ∨

Inbox

*letter (E-mail)*

*Received on Nov 15, 2017*

You replied on 1/10/2018 11:43 AM.

 Recently you sent in a request to HR Connect. Below is a summary of your request and our response. If you have any questions, you may call HR Connect at 718-935-4000.

*Created Oct 12, 2017*

*Signed by No one*

**Subject**

**HARDSHIP TRANSFER**

*examined by no one*

Response By Email (11/15/2017 01:59 PM)

District/School: 08/ SCHOOL FOR TOURISM AND HOSPITALITY
FSC: XR02
EIS ID: 0826045
MLR #:  171012-002244

Dear PATRICK SMITH,

This is to advise you that your request for a medical hardship transfer has been denied for the following reason:

• **Not medically warranted**

Do NOT reply to this email. If you have any questions, please call HR Connect at 718-935-4000.

Sincerely,

HR Connect - Medical, Leaves and Records Administration Office

*no call from NY DOE to VA DOE to medical Northport to ?*

**Question Reference # 171012-002244**

    Date Created: 10/12/2017 04:34 PM
    Date Last Updated: 11/15/2017 01:59 PM
    Status: Denied

To: Hubert Guscott, Deputy Director, Medical, Leaves and Records Administration.

From: Jean H. Jeudy, M.D.

School Medical Inspector

Re :  Patrick Smith

S S #      -      -                          File #:

Re: Request for hardship transfer

Based on the review of the *medical* documentation that Mr. Smith submitted in support of
request for a hardship transfer, it is documented that he has no issue that warrants a transf
for medical reasons.

Thank you

*[Handwritten annotations:]*

Certified NY & Maryland

Dr. Jeudy Also works for U) Dept of Veterans Affairs

Requests Loans Assistance to
Ascertain if he accessed
Plaintiff's Medical Records
W) out his Permission

INTERNAL DOE
E-MAIL Obtained through
NY State Human
Rights Division

Jean Jeudy. MD
Practices In
Baltimore, MD
AND Never
examined Plaintiff
Futher - he IS A
RADIOLOGIST